McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
FEB 25 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00034-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT AND ORDER THEREON |
| ARMANDO MARTINEZ-TORRES and HERMINIA HERRERA-ORTIZ, | |
| Defendants. | |

The United States of America, by and through its undersigned counsel, hereby moves to unseal the indictment in the above-captioned case. On February 13, 2020, the grand jury returned an indictment in this case, which was sealed to prevent the defendants becoming aware of the charges until an arrest could be made. As both defendants have now been arrested or summonsed to court based upon this indictment, there is no longer a need for the indictment to remain sealed.

Dated: February 25, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

1

## **ORDER**

IT IS HEREBY ORDERED that, for the reasons set forth above, and good cause having been shown, the indictment in this matter be UNSEALED.

Dated: February 25, 2020

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE