VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street Fresno, CA 93721
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

Attorney for DEFENDANT'S NAME

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMINIA HERRERA ORTIZ,<br><br>Defendant | Case No.: 1:20-CR-034 DAD-BAM<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |

     Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent HERMINIA HERRERA ORTIZ.  As grounds she states:

1. Virna L. Santos was appointed to represent defendant on February 25, 2020:

2. At the time of appointment the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court, and consequently, must close her private practice.

4. Defendant HERMINIA HERRERA ORTIZ is still in need of counsel.  The Federal Public Defender has contacted attorney Alekxia L. Torres Stallings, who is available to assume representation.

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and that new counsel, Alekxia L. Torres Stallings (lextorres@torreslaw.com), be appointed. Undersigned counsel requests that she be removed from the service list.

DATED: April 19, 2022         /s/ Virna L. Santos
                              VIRNA L. SANTOS
                              Attorney for Defendant HERMINIA HERRERA

## ORDER

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list. Attorney Alekxia L. Torres Stallings is hereby appointed as counsel *nunc pro tunc*.

IT IS SO ORDERED.

Dated:  **April 20, 2022**                              UNITED STATES DISTRICT JUDGE