**LAW OFFICE OF ALEXXIA TORRES STALLINGS**
Alexia Torres Stallings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
**HERMINIA HERRERA-ORTIZ**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:20-cr-00034-DAD-BAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **ALLOW DEFENDANT CURFEW** |
| vs. ) | **EXTENSION** |
| **HERMINIA HERRERA-ORTIZ**, ) | |
| ) | |
| Defendant ) | |
| ——————————————— ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE

BARBARA A. MCAULIFFE AND ALEXANDRE DEMPSEY, ASSISTANT UNITED

STATES ATTORNEY:

     **COMES NOW** Defendant, HERMINIA HERRERA-ORTIZ, by and through her

attorney of record, ALEXXIA TORRES STALLINGS hereby requests that she be allowed to

extend her curfew from 9pm to 10pm for just the day of June 6, 2022.

     Mrs. Herrera-Ortiz has informed my office that she would like to attend her daughter's

graduation ceremony on June 6, 2022, at 7:00pm at the Saroyan Theatre in Fresno, California.

     Mrs. Herrera-Ortiz has been following all the terms of her supervised release.

     I have spoken to AUSA Alexandre Dempsey, and he has no objection to allowing the

defendant to attend her daughter's graduation and have her curfew extended to 10pm instead of

9pm the curfew extension for the day of June 6, 2022.  Moreover, Pre-Trial Services officer Beth

Wetteland has been notified of Mrs. Herrera-Ortiz intent to file this request.

//

**IT IS SO STIPULATED.**

                                                        Respectfully Submitted,

DATED:  May 27, 2022                          ***/s/ Alexxia Torres Stallings***
                                                        ALEKXIA TORRES STALLINGS
                                                        Attorney for Defendant
                                                        HERMINIA HERRERA-ORTIZ


DATED: May 27, 2022                           ***/s/ Alexandre Dempsey***
                                                        ALEXANDRE DEMPSEY
                                                        Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that defendant's curfew is extended to 10pm for the night of June 6, 2022.

IT IS SO ORDERED.

Dated:   **May 27, 2022**

UNITED STATES MAGISTRATE JUDGE