**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
**HERMINIA HERRERA-ORTIZ**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00034-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **HERMINIA HERRERA-ORTIZ**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ALEXANDRE DEMPSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HERMINIA HERRERA-ORTIZ, by and through her attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for June 13, 2022, be continued to July 11, 2022.  Defense counsel had an unexpected family matter and needs additional time to brief and gather supporting documents. I have spoken to AUSA Alexandre Dempsey and he has no objection to continuing the matter.  In addition, all counsel and USPO Jesse Mora have agreed to continue the sentencing date.

**Judgement and Sentencing Date July 11, 2022**

///

///

///

1

**IT IS SO STIPULATED.**

                                       Respectfully Submitted,

DATED: May 31, 2022                       ***/s/ Alekxia Torres Stallings***
                                       ALEKXIA TORRES STALLINGS
                                       Attorney for Defendant
                                       Herminia Herrera-Ortiz

DATED: May 31, 2022                       ***/s/Alexandre Dempsey***
                                       ALEXANDRE DEMPSEY
                                       Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDER that the sentencing currently set for Monday, June 13, 2022, be continued to Monday, July 11, 2022.

IT IS SO ORDERED.

Dated: __**May 31, 2022**__   _____
UNITED STATES DISTRICT JUDGE