**LAW OFFICES OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K Street
Bakersfield, CA 93301
(661) 326-0857
(661) 326-0915 (fax)
Email: lextorres@lawtorres.com

Attorney for **Herminia Herrera-Ortiz**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Herminia Herrera-Ortiz**,<br><br>Defendant. | No. 1:20-cr-00034-DAD-BAM-2<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND ORDER** |

On February 13. 2020, Herminia Herrera-Ortiz was indicted on federal charges. Alekxia Torres Stallings was appointed as trial counsel to represent Mrs. Herrera-Ortiz on 1:20-cr-00034-DAD-BAM-2 in her criminal case. Mrs. Herrera-Ortiz was sentenced pursuant to a plea agreement on July 11, 2022. The time for filing a direct appeal was July 29, 2022. No direct appeal was filed. Mrs. Herrera-Ortiz was out of custody at sentencing. Having completed her representation of Mrs. Herrera- Ortiz, Alekxia Torres-Stallings now moves to terminate her appointment under the Criminal Justice Act.

/

//

     Should Mrs. Herrera-Ortiz require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: July 17, 2023              Respectfully submitted,

/s/*Alekxia Torres Stallings*
Alekxia Torres Stallings
Attorney for Herminia Herrera-Ortiz

**ORDER**

Having reviewed the notice and found that attorney Alekxia Torres Stallings has completed the services for which she was appointed, the Court hereby grants attorney Alekxia Torres Stallings request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Hermina Herrera-Ortiz at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Herminia Herrera-Ortiz
439 W Eden Ave
Fresno CA 93706

IT IS SO ORDERED.

Dated:  **July 20, 2023**

UNITED STATES DISTRICT JUDGE